*Orders Granting Oral Argument in Cases Pending on Application for Leave to Appeal Entered December 9, 2015:*

HOBSON V INDIAN HARBOR INSURANCE COMPANY, No. 151447; Court of Appeals No. 316714. The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the Total Pollution Exclusion Endorsement is ambiguous, and (2) whether there was a discharge, dispersal, seepage, migration, release, or escape of a pollutant that caused the plaintiffs' injuries. The parties should not submit mere restatements of their application papers.

BERNSTEIN, J., did not participate due to his prior relationship with The Sam Bernstein Law Firm.

PILGRIM'S REST BAPTIST CHURCH V PEARSON, No. 151680; reported below: 310 Mich App 318.

*Summary Disposition December 9, 2015:*

FARM BUREAU GENERAL INSURANCE COMPANY OF MICHIGAN V HOLSTINE, No. 150624; Court of Appeals No. 314652. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate that part of the Court of Appeals judgment analyzing the coverage issue under the subject policy's Property Coverage section. That section of the policy was irrelevant to the issue of liability coverage in this case. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

PEOPLE V VALDEZ, No. 150663; Court of Appeals No. 313075. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we reverse in part the judgment of the Court of Appeals, and we remand this case to the Kent Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the

trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.